**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 12-21099-CIV-GRAHAM/GOODMAN

BOY RACER, INC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon a review of the record.

On June 15, 2012, the Court issued an Order denying Defendant's motion for protective Order and/or to Quash Subpoena which allowed Plaintiff to proceed with limited discovery in order to obtain from Defendant's ISP information sufficient to identify the John Doe defendant. [D.E. 14]. The Court would like to be apprised of the current status of Plaintiff's discovery request and the posture of this litigation. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant shall file a status report by October 12, 2012. Failure to comply with this Court's Order may result in the dismissal of this matter.

**DONE AND ORDERED** in chambers at Miami, Florida this 4th day of October, 2012.

s/Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record